# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:13-00227 |
| | ) JUDGE SHARP |
| LARTAVIOUS MONTREAL BANKS | ) |

## O R D E R

The Defendant, Lartavious Montreal Banks, shall appear before the Court on **Wednesday, October 29, 2014, at 3:30 p.m.** to show cause why his supervised release should not be revoked for his failure to abide by the conditions of supervision.

The United States Marshal shall produce the Defendant at the hearing.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE